The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and DUTCH BLITZ ACQUISITION CORPORATION, a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUO YANRU, an individual, d/b/a SILIVIA LOPEZ; BEJING ZHONGXINKEJI YOUXIANGONGSI, an unknown entity; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-00162-RAJ<br><br>NOTICE OF RELATED CASES |

Pursuant to Local Civil Rule 3(g), Plaintiffs hereby notify the Court of three related cases pending in this district:

- *Amazon.com, Inc., et al. v. Ruiping, et al.*; Case No. 2:21-cv-00159-RAJ (W.D. Wash.), filed on February 9, 2021;

- *Amazon.com, Inc., et al. v. Lijian, et al.*; Case No. 2:21-cv-00160-RAJ (W.D. Wash.), filed on February 9, 2021; and

- *Amazon.com, Inc., et al. v. Zhangzhenzhen, et al.*; Case No. 2:21-cv-00161-RAJ (W.D. Wash.), filed on February 9, 2021

The cases noted above are related to this action because (a) they concern similar parties, transactions, and events (namely that they assert identical causes of action, and Defendants sold the same counterfeit Dutch Blitz products, which differ from the authentic Dutch Blitz products in similar ways and in violation of the same Amazon seller provisions, under the same Amazon inventory numbers) and (b) it appears likely there will be an unduly burdensome duplication of judicial resources—as well as the potential for conflicting results—if the cases are conducted before different judges.  *See* LCR 3(g)(4)(A)-(B).

DATED this 18th day of February, 2021.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*


By *s/ Scott R. Commerson*
Scott R. Commerson (admitted *pro hac vice*)

865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Sarah E. Cox*
Sarah E. Cox, WSBA #46703

920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: sarahcox@dwt.com